UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23582-CIV-MARTINEZ-GOODMAN

BOZORGMEHR POUYEH,

    Plaintiff,

v.

PUBLIC HEALTH TRUST OF JACKSON
HEALTH SYSTEM, et al.,

    Defendants.

_____/

## DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION

Defendants, by and through the undersigned counsel, hereby file their response in opposition to Plaintiff's Motion to Excuse Plaintiff from the Mediation and Set a Date for Hearing for the Damages Against the Defaulted Defendants (ECF No. 56), pursuant to the Court's Endorsed Order requiring Defendants to file a response by February 17, 2017 (ECF No. 57). Defendants oppose Plaintiff being excused from paying his 50% share of the mediator's fee. If the Court determines that Plaintiff is unable to pay the mediation fee, Defendants do not oppose excusing all parties from the Court's Order requiring mediation (ECF No. 54).

Dated: 2/14/2017

Respectfully submitted,

ABIGAIL PRICE-WILLIAMS
MIAMI-DADE COUNTY ATTORNEY
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida  33128

By: s/ Leona N. McFarlane
Leona N. McFarlane, Bar No. 16501
Assistant County Attorney
LeonaMc@miamidade.gov
Phone:  (305) 375-5067
Fax:     (305) 375-5634
Attorney for Defendant

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF or email on February 14, 2017 on all counsel or parties of record on the Service List below.

s/ Leona N. McFarlane<br>Assistant County Attorney

## SERVICE LIST
### CASE NO. 16-23582-CIV- MARTINEZ

| **Plaintiff** | **Counsel for Defendants** |
|---|---|
| Bozorgmehr Pouyeh | Leona N. McFarlane |
| 10626 NE 10th Place | Assistant County Attorney |
| Miami, FL 33138 | Miami-Dade County Attorney's Office |
| Telephone: (707)3768934 | 111 N.W. 1st Street, Suite 2810 |
| Email: bpouveh@gmail.com | Miami, Florida 33128 |
| | Telephone: (305) 375-5067 |
| | Facsimile: (305) 375-5634 |
| | Email: Leona.McFarlane@miamidade.gov |