UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 16-23582-CIV-MARTINEZ-GOODMAN**

DR. BOZORGMEHR POUYEH,
    Plaintiff,

vs.

PUBLIC HEALTH TRUST OF JACKSON
HEALTH SYSTEM, *et al.*,
    Defendants.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

THIS CAUSE came before the Court upon Plaintiff's motion for reconsideration [ECF No.67]. The only grounds for granting a motion for reconsideration are newly-discovered evidence or manifest errors of law or fact. *See Z.K. Marine Inc. v. M/V Archigetis*, 808 F. Supp. 1561, 1563 (S.D. Fla. 1992). Plaintiff has not met this standard. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that Plaintiff's motion for reconsideration [ECF No.67] is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 9 day of June, 2017

                                JOSE E. MARTINEZ
                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record
Dr. Bozorgmehr Pouyeh, *pro se*