UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23582-CV-MARTINEZ-GOODMAN

Dr. Bozorgmehr Pouyeh,
Plaintiff,
v.
Public Health Trust of Jackson Health System, et. al.,
Defendants
_____ /

FILING FEE
PAID __NO__
In Forma Pauperis __YES__
Steven M. Larimore, Clerk

FILED by __PG__ D.C.
JUN 15 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. - MIAMI

**NOTICE OF APPEAL**

Notice is hearby given that Dr. Bozorgmehr Pouyeh, Plaintiff, proceeding as a pro se party, in the above named case appeals to the United States Court of Appeals for 11th Circuit from the order of this district court on May 11th, 2017 for adopting magistrate judge's report and recommendation and its subsequent deny of the Plaintiff's timely-filed motion to alter/amend judgment under Rule 59(e) Fed. Rule Civ. Procedure on June 9th, 2017.

The issues for appeal are whether the court erred in rejecting Plaintiff's argument that the defendants waived their right to dispute insufficiency of service of process and abused its discretion to deny Plaintiff's unopposed motion to strike the defendants' motion to quash service of process as well as Plaintiff's motion under rule 59(e) FRCP.

Date June 14th, 2017
Tel: 7073768934
Email: bpouyeh@gmail.com
Address: Homeless, Miami, FL
10626 NE 10th PL,
Miami-shore, FL 33138

Signed By Dr. Bozorgmehr Pouyeh

CERTIFICATE OF SERVICE

I, Dr. Bozorgmehr Pouyeh, hereby certify that a true and correct copy of the foregoing has been filed with the Clerk of Court and the Clerk will serve the following via electronic filing to the Defendants' attorney:

Leona N. McFarlane, Bar No. 16501
Assistant County Attorney
LeonaMc@miamidade.gov
Phone: (305) 375-5067
Fax: (305) 375-5634