UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 16-23582-CIV-MARTINEZ-GOODMAN

BOZORGMEHR POUYEH,

    Plaintiff,

v.

PUBLIC HEALTH TRUST OF JACKSON HEALTH SYSTEMS, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, "for a ruling on all pre-trial, non-dispositive matters, and for a Report and Recommendation on all dispositive matters . . . ." (ECF No. 141.) Thereafter, Plaintiff filed his Motion for a Stay Pending a Petition for a Writ of Mandamus (the "Motion"), (ECF No. 215). Magistrate Judge Goodman filed a Report and Recommendation in which he recommended that this Court deny the Motion because the Motion "(1) lacks any supporting evidence or legal authority; (2) violates S.D. Fla. L.R. 7.1(a)(3); and (3) ignores the procedural history of the case . . . ." (ECF No. 222 at 5.) This Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Goodman's Report and Recommendation, (ECF No. 222), is **AFFIRMED** and **ADOPTED**. Further, it is **ADJUDGED** that the Motion, (ECF No. 215), is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26 day of September, 2023.

                                                  JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record