UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 16-23582-CIV-MARTINEZ/GOODMAN

DOCTOR BOZORGMEHR POUYEH,

    Plaintiff,

v.

PUBLIC HEALTH TRUST OF JACKSON
HEALTH SYSTEM, et al.

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Partial Summary Judgment, (ECF No 185), (the "Motion"). Judge Goodman filed an R&R recommending that the Motion be denied, (ECF No. 208). Plaintiff filed Objections to the R&R, (ECF No. 223), as well as Amended Objections to the R&R, (ECF No. 225), and Defendant responded, (ECF No. 231). This Court notes that Plaintiff's Amended Objections, (ECF No. 225), were not timely filed and thus will be stricken from the record and will not be considered.

This Court has a duty to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). It also may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* The Court, having conducted a de novo review of the record and issues presented in Plaintiff's Objections, agrees with Judge Goodman's recommendation that the Motion be denied based on Plaintiff's consistent failure to present a valid prima facie case through competent evidence.

Accordingly, Plaintiff's Objections, (ECF No. 223), are **OVERRULED**.

After careful consideration, it is hereby **ADJUDGED** that Judge Goodman's R&R, (ECF No. 208), is **AFFIRMED** and **ADOPTED**. Further, it is **ADJUDGED** that:

1. The Motion, (ECF No. 185), is **DENIED** as set forth in the R&R.
2. Plaintiff's Amended Objections, (ECF No. 225), are **STRICKEN** as untimely.

**DONE AND ORDERED** in Miami, Florida, this 12 day of October, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record